# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     vs.<br><br>HECTOR DANIEL ESPINOZA,<br><br>                       Defendant. | CASE NO. 12CR4054-CAB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of a Controlled Substance

(Methamphetamine)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/2/2012

Ruben B. Brooks
U.S. Magistrate Judge